**No. 49839.**—Protest 10698–K of J. H. Melvin (Pembina).

Opinion by WALKER, J.   In view of section 514, Tariff Act of 1930, it was found that the motion was well taken.   The protest was therefore dismissed.

BEFORE THE SECOND DIVISION, DECEMBER 6, 1944

**No. 49840.**—Protests 475600–G, etc., of Amberg Schwab & Co., Inc., et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49841.**—Protests 93966–K, etc., of John C. Sleater Co. (New York).

Opinion by KINCHELOE, J.   At the trial the record in *Sleater* v. *United States* (9 Cust. Ct. 190, C. D. 691) was incorporated herein, the merchandise, issue, parties, and claim being the same.   From the record in the case at bar it was found the Government has not been able to offer any competent testimony to overcome the *prima facie* showing of the plaintiff that quilts or bedspreads were dobby woven and not woven with a jacquard loom.   The invoice description or declaration showed that item No. 2128 was dobby woven.   On the record the claim at 25 percent under paragraph 911 (a) was sustained.

**No. 49842.**—Protest 103664–K of M. Pressner & Co. (New York).

Opinion by LAWRENCE, J.   The claim was found to be supported by uncontradicted evidence and it was also shown that the articles are similar to those involved in Abstract 43372, which record was incorporated herein.   In accordance therewith, the claim at 40 percent under paragraph 339 was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 6, 1944

**No. 49843.**—Protest 60723–K of Earl Bond (Pembina).

Opinion by CLINE, J.   When the case was called for hearing no appearance was made by the plaintiff.   The entry was liquidated on November 2, 1939, and the protest filed April 2, 1941.   Counsel for Government moved to dismiss the protest since the entry was not filed within 60 days after liquidation as required under section 514, Tariff Act of 1930.   The Government's motion to dismiss was therefore granted by the court.

**No. 49844.**—Protest 109354–K of National Sawdust Co. (New York).

Opinion by EKWALL, J.   An examination of the papers disclosed no reason for disturbing the decision of the collector, which was held presumptively correct. The protest was therefore overruled.